```
 1  Vincent Y. Lin (SBN: 201419)
    E-mail: lds@vincentlinlaw.com              JS - 6
 2  LAW OFFICES OF VINCENT Y. LIN
    17919 Gale Avenue
 3  City of Industry, CA 91748
    Tel: (626) 935-0929
 4  Fax: (626) 935-0380

 5  Attorney for plaintiff
    SHIN-LIN LI and
 6  JOHNNEY ENTERPRISE, CO., LTD.

 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIN-LIN LI and JOHNNEY ENTERPRISE, CO., LTD., | Case No. SACV11-1517DOC(SHx) |
| Plaintiff, | **(PROPOSED) STIPULATED PERMANENT INJUNCTION AND MONETARY JUDGMENT** |
| v. | Complaint served: October 13, 2011 |
| STAR ASIA, U.S.A., LLC dba TITAN; AMAZON.COM, INC.; BUY.COM INC.; COASTAL TOOL SUPPLY LLC dba NETWORK TOOL WAREHOUSE; DEPOT REPAIR SERVICES LLC dba THE PRICE PROS; IGG FACTORY INC. dba HANDHELDITEMS; JANAKAL TOOL & SUPPLY; MATT'S TOOLS; O'REILLY AUTOMOTIVE STORES, INC.; QUALITY TOOLS FOR LESS, LLC; SKYWAYTOOLS.COM; SUPERIOR PANEL TECHNOLOGY (SPT); TOOL KING LLC; WAYFAIR LLC; WESCO ENTERPRISE LLC dba WESCO TOOLS; and DOES 1 through 10, inclusive, | Judge: Hon. David O. Carter Place: Courtroom 9D Magistrate Judge: Stephen J. Hillman |
| Defendants. | |

1

**(PROPOSED) STIPULATED PERMANENT INJUNCTION AND MONETARY JUDGMENT**

The foregoing stipulation having come before and been duly considered by the Court with the consent of Plaintiff, Johnney Enterprise, Co., Ltd., and Defendant, Star Asia U.S.A., LLC dba Titan, and good cause showing therefrom,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Defendant, Star Asia U.S.A., LLC dba Titan, along with its agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with Star Asia, shall be and is hereby **PERMANENTLY ENJOINED AND RESTRAINED** from each of the following:

(a) Manufacturing, assembling, copying, producing or reproducing, offering for distribution, distributing, circulating, selling, offering for sale, advertising, importing, promoting, displaying, any product or good containing or utilizing Plaintiff, Johnney Enterprise, Co., Ltd.'s, registered patents a valid license in effect - including but not limited to the following:

US 6,409,809 B1 ("Brake Structure of a Tape Measure") and;
US D485,770 S ("Tape Measure")

(b) Engaging in any other activity constituting an unlawful infringement of Plaintiff, Johnney Enterprise, Co., Ltd.'s, registered patents - including but not limited to the following:

US 6,409,809 B1 ("Brake Structure of a Tape Measure") and;
US D485,770 S ("Tape Measure")

(c) Assisting, aiding, abetting, or conspiring with any other person engaged in, or otherwise participating in, any of the activities referred to in subparagraphs (a) and (b) directly

1 above.

2     IT IS HEREBY FURTHER ADJUDGED, ORDERED, AND DECREED that
3 judgment shall be and is hereby in favor of Johnney Enterprise,
4 Co., Ltd. and against Defendant, Star Asia U.S.A., LLC dba Titan
5 (hereinafter "Star Asia") on the sole claim for patent
6 infringement contained in the complaint in the amount of two
7 hundred and fifty thousand dollars ($250,000.00).

8     IT IS HEREBY FURTHER ADJUDGED, ORDERED, AND DECREED that
9 AMAZON.COM, INC.; BUY.COM INC.; COASTAL TOOL SUPPLY LLC dba
10 NETWORK TOOL WAREHOUSE; DEPOT REPAIR SERVICES LLC dba THE PRICE
11 PROS; IGG FACTORY INC. dba HANDHELDITEMS; JANAKAL TOOL & SUPPLY;
12 MATT'S TOOLS; O'REILLY AUTOMOTIVE STORES, INC.; QUALITY TOOLS FOR
13 LESS, LLC; SKYWAYTOOLS.COM; SUPERIOR PANEL TECHNOLOGY (SPT); TOOL
14 KING LLC; WAYFAIR LLC; WESCO ENTERPRISE LLC dba WESCO TOOLS; and
15 DOES 1 through 10, inclusive, are dismissed without prejudice.

16     IT IS HEREBY FURTHER ADJUDGED, ORDERED, AND DECREED that the
17 Court shall and hereby does retain jurisdiction even post-
18 dismissal to enforce the foregoing injunction and money judgment.

19     SO ORDERED this 28th day of November, 2011.

*David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

3